## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| OPAL I. TRAMEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-cv-01047 |
| v. | ) | Judge Nixon |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Magistrate Judge Brown |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Opal I. Tramel's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 13), filed with a Memorandum in Support (Doc. No. 14). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion. (Doc. No. 19.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report"), recommending that Plaintiff's Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 20.) The Report was filed on August 8, 2012, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. This Order terminates the Court's jurisdiction over this action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this ___22nd___ day of September, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT